FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D19-0868
_____

CARL LEE BLACKMON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Belated Appeal—Original Jurisdiction.


April 29, 2019


PER CURIAM.

The petition for belated appeal is dismissed as moot. The Court notes that Petitioner filed a timely notice of appeal in case 1D17-3452, seeking review of both the June 28, 2017, order dismissing Petitioner's postconviction motions and the July 12, 2017, order prohibiting further pro se filings, and this Court affirmed the orders in case 1D17-3452.

LEWIS, WETHERELL, and JAY, JJ., concur.

––––––––––––––––––––––––––––––

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

––––––––––––––––––––––––––––––

Carl Lee Blackmon, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.